| | |
|---|---|
| Katy M. Young (SBN 267791)<br>Anne E. Smiddy (SBN 267758)<br>AD ASTRA LAW GROUP, LLP<br>582 Market Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 795-3579<br>Facsimile: (415) 276-1976<br>dnied@astralegal.com<br>kyoung@astralegal.com<br>asmiddy@astralegal.com<br><br>Mark S. Eisen (SBN 289009)<br>meisen@beneschlaw.com<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>333 West Wacker Drive, Suite 1900<br>Chicago, Illinois 60606<br>Telephone: (312)212-4949<br>Facsimile: (312)767-9192<br><br>Attorneys for IT CONVERGENCE, INC. | Meredith M. Shaw (SBN 284089)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>meredithshaw@quinnemanuel.com<br><br>Attorneys for ASSOCIATED HYGIENIC PRODUCTS LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED HYGIENIC PRODUCTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>IT CONVERGENCE, INC.,<br><br>Defendant.<br><br>IT CONVERGENCE, INC.,<br><br>Counterclaimant and Third Party Plaintiff<br>v.<br>ASSOCIATED HYGIENIC PRODUCTS LLC, DOMTAR CORPORATION, and ATTENDS HEALTHCARE PRODUCTS, INC.,<br><br>Counter-Defendant and Third Party Defendants. | Case No. 3:17-cv-01831-MEJ<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

On September 8, 2017, Plaintiff/Counter-Defendant Associated Hygienic Products LLC., Counter-Defendants Domtar Corporation and Attends Health Care Products, Inc., and Defendant/Counterclaimant IT Convergence, Inc. executed a binding settlement agreement, resolving the above-captioned action.

THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1), the parties, through their attorneys of record, stipulate and request that this Court dismiss all claims, including counterclaims, cross claims and third party claims, in the above-captioned action with prejudice. Each party shall bear its own attorneys fees and costs.

DATED: September 25, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ _____

*Attorneys for Associated Hygienic Products LLC*

DATED: September 24, 2017

AD ASTRA LAW GROUP, LLP

By: /s/ _____

DATED: September 24, 2017

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: /s/ _____

*Attorneys for IT Convergence, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** All claims, including counterclaims, cross claims, and third party claims, in the above-captioned action are dismissed with prejudice. Each party shall bear its own costs and fees.

Dated: September 26, 2017

_____
Hon. Maria-Elena James
Magistrate Judge, United States District Court for the Northern District of California